IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| SARA DOMINGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:16-cv-00080 |
| | § | **JURY** |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), the parties file this Joint Stipulation of Dismissal.

1. Plaintiff is Sara Dominguez. Defendant is State Farm Lloyds.

2. On July 29, 2015, Plaintiff filed suit against Defendant in state court. Defendant State Farm Lloyds removed the case to this Court on April 13, 2016.

3. Plaintiff moves to dismiss all claims against Defendant State Farm Lloyds.

4. This case is not a class action.

5. This dismissal is with prejudice to re-filing of same.

6. All court costs shall be taxed against the party incurring same.

7. This dismissal is signed by all parties who have appeared in the lawsuit.

Dated: June 2, 2016.

Respectfully submitted,

| | |
|---|---|
| */s/ John Saenz* | */s/ Lisa Magids* |
| John Saenz | Michael Klein |
| State Bar No. 24038046 | State Bar No. 11563200 |
| JOHN SAENZ & ASSOCITAES, P.C. | S.D. Bar No. 5318 |
| 805 Dallas Ave. | Lisa Magids |
| McAllen, TX  78501 | State Bar No. 24002600 |
| (956) 467-0111 | S.D. Bar No. 22023 |
| (956) 467-1742 – facsimile | SEDGWICK LLP |
| johnsaenzlaw@gmail.com | 919 Congress Ave., Suite 1250 |
| | Austin, TX  78701 |
| **ATTORNEYS FOR PLAINTIFF** | (512) 481-8469 |
| **SARA DOMINGUEZ** | (877) 547-2790 - facsimile |
| | michael.klein@sedgwicklaw.com |
| | lisa.magids@sedgwicklaw.com |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **STATE FARM LLOYDS** |