United States District Court
Southern District of Texas
**ENTERED**
June 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| SARA DOMINGUEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 5:16-CV-80 |
| § | |
| STATE FARM LLOYDS, § | |
| § | |
| Defendant. § | |

# ORDER

In light of the parties' stipulation of dismissal (Dkt. No. 3), the scheduling conference previously set for June 16, 2016, and all related deadlines, are **TERMINATED**.

IT IS SO ORDERED.

SIGNED this 3rd day of June, 2016.

_____
DIANA SONG QUIROGA
United States Magistrate Judge

1